127 A.3d 699

ABIGAIL GINSBERG, AN INFANT, BY HER MOTHER TAMAR GINSBERG, AS GUARDIAN AD LITEM, ET AL., PLAINTIFFS–RESPONDENT, v. QUEST DIAGNOSTICS, INC., DEFENDANT–RESPONDENT, AND ANDREW RUBENSTEIN, M.D., DEFENDANT–MOVANT, AND HACKENSACK UNIVERSITY MEDICAL CENTER, ET AL., DEFENDANTS, AND QUEST DIAGNOSTICS, INCORPORATED, THIRD–PARTY PLAINTIFF, v. THE MOUNT SINAI MEDICAL CENTER, INC., THIRD–PARTY DEFENDANT–RESPONDENT.

AND OTHER RELATED CASES.

December 15, 2015.

It is ORDERED that the motion for leave to appeal is granted.

127 A.3d 699

NORTH JERSEY MEDIA GROUP, INC., PLAINTIFF–MOVANT, v. TOWNSHIP OF LYNDHURST, ET AL., DEFENDANTS–RESPONDENTS.

December 15, 2015.

ORDERED that the motion for leave to appeal is granted.

127 A.3d 699

STATE OF NEW JERSEY, PLAINTIFF–MOVANT. v. BRANDON MORRISON, DEFENDANT–RESPONDENT.

December 15, 2015.

It is ORDERED that the motion for leave to appeal is granted.